PS 8 (5/04)

Case 2:14-cr-00022-RMP   Document 104   Filed 01/12/15

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 12, 2015

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

U.S.A. vs.    Williams, Keith L.    Docket No.    0980 2:14CR00022-RMP-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Charles J Kuipers, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Keith L. Williams, who was placed under pretrial release supervision by the Honorable Chief U. S. District Judge Rosanna Malouf Peterson sitting in the Court at Spokane, Washington, on the 3rd day of November 2014 under the following conditions:

**Condition #9:** The defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** On January 12, 2015, the defendant provided a urinalysis sample that tested presumptive positive for THC.

**Supporting Evidence:** The defendant reported to the United States Probation Office on January 12, 2015, and provided a urinalysis sample for testing. The sample tested presumptive positive for THC. The defendant signed an admission of use form stating that he consumed THC on or about December 15, 2014.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: January 12, 2015

by    s/Charles J. Kuipers

Charles J Kuipers
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

1/12/2015
Date