PROB 12C
(6/16)

Report Date: January 8, 2019

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 08, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Keith L. Williams                              Case Number: 0980 2:14CR00022-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: October 6, 2015

Original Offense:          Distribution of 5 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. §
                           841(a)(1), (b)(1)(B)(viii), and 18 U.S.C. § 2

Original Sentence:         Prison - 57 Months;              Type of Supervision: Supervised Release
                           TSR - 60 Months

Asst. U.S. Attorney:       U.S. Attorney's Office           Date Supervision Commenced: August 24, 2018

Defense Attorney:          Federal Public Defender          Date Supervision Expires: August 23, 2023

## PETITIONING THE COURT

   **To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

     1               **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local
                     crime.

                     **Supporting Evidence**: Mr. Williams is alleged to have violated mandatory condition
                     number 2, by driving without a valid license on or about December 1, 2018, based on law
                     enforcement reports and the client's admission of such conduct.

                     On August 24, 2018, Mr. Keith Williams signed his conditions relative to case number
                     2:14CR00022-RMP-1, indicating he understood all conditions as ordered by the Court.
                     Specifically, Mr. Williams was made aware by his U.S. probation officer that he was
                     required to refrain from committing any federal, state or local crime.

                     Specifically, on December 1, 2018, the undersigned officer received an automated
                     notification from the Washington State Patrol indicating the client's name had been run by
                     local law enforcement. On December 7, 2018, the police report was received with respect
                     to the incident. According to the report received, Mr. Williams was observed by law
                     enforcement traveling Eastbound on Interstate 90 at a rate of speed in excess of the posted
                     speed limit, and was verified as traveling at a rate of speed of 80 miles per hour in a 60 mile-

Prob12C
**Re: Williams, Keith L.**
**January 8, 2019**
**Page 2**

per-hour zone using a laser speed measuring device. Upon contact with the client, Mr. Williams indicated to law enforcement that his speedometer was broken, he had a suspended license, and he did not possess valid insurance. Mr. Williams was cited as a result of the incident for Driving While License Suspended in the first degree, a violation of R.C.W. 46.20.342.1A, a Gross Misdemeanor, as well as for speeding and operating a motor vehicle without insurance. Mr. Williams was fined in the amount of $737 relative to the incident.

On December 2, 2018, the undersigned officer received a voice mail from the client who indicated he had been pulled over for "speeding." On December 7, 2018, during a phone call with the client, the client additionally admitted to driving without a valid license.

2   **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

**Supporting Evidence**: Mr. Williams is alleged to have violated mandatory condition number 4 by ingesting cocaine on or about December 19 and 30, 2018, based on positive urinalysis confirmation and the client's admission of such use.

On August 24, 2018, Mr. Keith Williams signed his conditions relative to case number 2:14CR00022-RMP-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Williams was made aware by his U.S. probation officer that he was required to refrain from the use of any illicit substance.

Specifically, on December 20, 2018, Mr. Williams reported to the U.S. Probation Office as directed, after he was unable to provide a urinalysis sample for testing at his residence the previous date during a home contact. Mr. Williams submitted a urinalysis sample that was presumptive positive for cocaine, but adamantly denied use despite being confronted several times on the results of the test. The sample was subsequently forwarded to the contract laboratory for confirmation. Mr. Williams was then directed to report again on December 26, 2018, for follow-up testing to which he agreed.

On December 26, 2018, Mr. Williams reported as directed, and again submitted a urinalysis sample for testing that reflected as presumptive positive for cocaine, following which the client again denied use. This sample was additionally submitted to the contract laboratory for confirmation.

On December 27, and again on December 30, 2018, confirmation was received with respect to the samples submitted. In fact, both samples were confirmed as being positive for cocaine. On December 31, 2018, the client was contacted telephonically, at which time he admitted to initially relapsing on cocaine on or about December 19, 2018, and then using a second time on or about December 30, 2018. Mr. Williams subsequently reported on January 3, 2019, and did sign two drug use admission forms documenting his use on both dates as previously stated.

Prob12C
**Re: Williams, Keith L.**
**January 8, 2019**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 8, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[x] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

1/8/2019
Date