Report Date: January 24, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 24 2019

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Keith L. Williams  Case Number: 0980 2:14CR00022-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: October 6, 2015

| | | |
|---|---|---|
| Original Offense: | Distribution of 5 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii), and 18 U.S.C. § 2 | |
| Original Sentence: | Prison - 57 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: August 24, 2018 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: August 23, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/08/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number       Nature of Noncompliance

3         **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

**Supporting Evidence**: Mr. Williams is alleged to have violated mandatory condition number 4 by ingesting cocaine and marijuana on or about January 15, 2019, based on positive urinalysis testing and the client's admission of such use.

On August 24, 2018, Mr. Keith Williams signed his conditions relative to case number 2:14CR00022-RMP-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Williams was made aware by his U.S. probation officer that he was required to refrain from the use of any illicit substance.

Specifically, on January 22, 2019, Mr. Williams reported to Pioneer Human Services in Spokane, to participate in his chemical dependency assessment as directed by the undersigned officer. During discussion with the provider, the client admitted to using both

cocaine and marijuana previously occurring on or about January 15, 2019, and a drug use admission form was subsequently received by the undersigned officer in which the client documented his use of both substances on the aforementioned date.

It should be noted, while the current urinalysis testing results as documented herein have not been verified by the contract laboratory, a positive urinalysis test for cocaine occurring on January 22, 2019, would appear to be consistent with the client's use of cocaine occurring beyond January 15, 2019.

On January 23, 2019, Mr. Williams was contacted telephonically by the undersigned officer, at which time he did admit to the undersigned officer that he had used both cocaine and marijuana previously occurring on January 15, 2019, indicating a number of significant events had all negatively impacted him at the same time.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 24, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.

Signature of Judicial Officer

1/24/19
Date