PROB 12C
(6/16)

Report Date: February 26, 2019

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 26, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Keith L. Williams | Case Number: 0980 2:14CR00022-RMP-1 |
| Address of Offender: Spokane, Washington 99208 | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: October 6, 2015

Original Offense:  Distribution of 5 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii), and 18 U.S.C. § 2

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 57 Months; TSR - 60 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: | August 24, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | August 23, 2023 |

## PETITIONING THE COURT

To issue a **WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/08/2019, 01/24/2019, and 02/11/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 20**: Defendant is directed to attend and successfully complete inpatient substance abuse treatment.<br><br>**Supporting Evidence**: Mr. Williams is alleged to have violated special condition number 20 by aborting his ordered term of inpatient chemical dependency treatment services at Pioneer Center East on February 25, 2019.<br><br>As the Court likely recalls, Mr. Williams recently appeared before the Court on February 21, 2019, to address five outstanding alleged violations of supervised release. The Court made no finding with respect to violation number 1, as the matter had not and has not been adjudicated in state Court, and the client admitted to the conduct as alleged in violations 2 through 5. In response, the Court found the client to have committed violations 2 through 5 as alleged. Mr. Williams opined for inpatient treatment services, and as a result the Court, following its finding, held any sentencing in abeyance and imposed an additional special condition requiring the client's participation in and successful completion of inpatient treatment services. Mr. Williams entered into inpatient chemical dependency services with Pioneer Center East on February 22, 2019. |

Prob12C
**Re: Williams, Keith L.**
**February 26, 2019**
**Page 2**

On February 25, and 26, 2019, the undersigned officer received both a voice mail and a phone call respectively from the provider, advising the undersigned officer of the client's decision to abort treatment occurring on February 25, 2019, at 6:30 p.m., with staff indicating the client had indicated he was ready to go and he no longer wanted to be there. Staff stated he was "adamant" about his departure from the facility.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  February 26, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

2/26/2019
Date