PROB 12C
(6/16)

Report Date: March 5, 2019

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 05, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Keith L. Williams | Case Number: 0980 2:14CR00022-RMP-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: October 6, 2015

| | |
|---|---|
| Original Offense: | Distribution of 5 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii), and 18 U.S.C. § 2 |
| Original Sentence: | Prison - 57 Months; TSR - 60 Months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman |
| | Date Supervision Commenced: August 24, 2018 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: August 23, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/08/2019, 01/24/2019, 02/11/2019, and 02/26/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: Mr. Williams is alleged to have violated standard condition number 3 by failing to report to the U.S. Probation Office in Spokane, as directed, on February 26 and February 28, 2019. |
| | On August 24, 2018, Mr. Keith Williams signed his conditions relative to case number 2:14CR00022-RMP-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Williams was made aware by his U.S. probation officer that he was required to follow all instructions of the probation officer. |
| | Specifically, and as previously reported to the Court, on February 25, 2019, Mr. Keith Williams terminated his placement at Pioneer Center East after wilfully choosing to leave the facility against the recommendation of both staff and the undersigned officer. |

Prob12C
Re: Williams, Keith L.
March 5, 2019
Page 2

On both February 26 and February 28, 2019, both a voice mail and a text message were sent to the client on his given cell phone number. On both occasions the client was directed to report on the date in question (February 26, 2019) before 12 p.m., and on February 28, 2019, before 4 p.m. respectively. The client failed to report as directed on both dates and has since subsequently failed to contact the undersigned officer since his departure from his Court ordered term of inpatient chemical dependency services.

On March 1, 2019, a phone call was attempted to the client's previous sponsor; however, a voice mail left for the contact requesting a call back with respect to the client has since gone without response. At this time, given the apparent wilful actions of the client culminating in his decision to abscond from supervised release, Mr. Williams' current location and current level of compliance with his conditions of supervised release is unknown to the undersigned officer.

8    **Special Condition # 17**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Williams is alleged to have violated special condition number 17 by consuming alcohol on or about February 24, 2019, while assigned to inpatient services under the care of Pioneer Center East in Spokane.

On August 24, 2018, Mr. Keith Williams signed his conditions relative to case number 2:14CR00022-RMP-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Williams was made aware by his U.S. probation officer that he was required to refrain from any consumption of alcohol.

Specifically, and as previously reported to the Court on February 25, 2019, Mr. Keith Williams terminated his placement at Pioneer Center East after wilfully choosing to leave the facility against the recommendation of both staff and the undersigned officer.

On March 4, 2019, laboratory reports were received from Pioneer Center East in Spokane, which serve to confirm two separate urinalysis samples submitted by the client while engaged in inpatient services with the entity. The first urinalysis sample was submitted by the client at the facility as a part of his intake for services on February 22, 2019, and was later confirmed by laboratory testing to be positive for both cocaine and marijuana metabolite. Mr. Williams' continued struggle with both substances prior to his placement in inpatient services was well documented and constituted the foundation and justification for his Court ordered term of inpatient services.

On February 24, 2019, the client again submitted to urinalysis testing, the results of which were negative for both cocaine and marijuana, but confirmed as being positive for both Ethyl Glucuronide and Ethyl Sulfate, consistent with the client's use of alcohol while under the custody and care of Pioneer Center East.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
**Re: Williams, Keith L.**
**March 5, 2019**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  March 5, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

3/5/2019

Date