PROB 12C
(6/16)

Report Date: March 19, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 19, 2019

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Keith L. Williams    Case Number: 0980 2:14CR00022-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: October 6, 2015

Original Offense:    Distribution of 5 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii), and 18 U.S.C. § 2

Original Sentence:    Prison - 57 Months            Type of Supervision: Supervised Release
                      TSR - 60 Months

Asst. U.S. Attorney:    Patrick J. Cashman         Date Supervision Commenced: August 24, 2018

Defense Attorney:       Lorinda Youngcourt         Date Supervision Expires: August 23, 2023

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/08/2019, 01/24/2019, 02/11/2019, 02/26/2019 and 03/05/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.<br><br>**Supporting Evidence**: Mr. Williams is alleged to have violated standard condition number 11, by being present as the passenger in a vehicle stopped by law enforcement on February 6, 2019. The driver of the vehicle, a party known to the undersigned officer to be a convicted felon, was arrested as a part of the contact for possession of a controlled substance, operating a vehicle on a suspended driver's license and failing to transfer the title within 45 days as required by law. Mr. Williams failed to advise the undersigned officer of the contact with law enforcement, as required.<br><br>On August 24, 2018, Mr. Keith Williams signed his conditions relative to case number 2:14CR00022-RMP-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Williams was made aware by his U.S. probation officer that he was required to refrain from contact with those known to him to have a felony record, and those engaged in criminal activity. Further, Mr. Williams was advised that he was required to immediately advise the undersigned officer any contact with law enforcement. |

Prob12C
Re: Williams, Keith L.
March 19, 2019
Page 2

Specifically, on March 14, 2019, while conducting additional investigation with respect to the client, a police report was located in the Court's law enforcement digital database in which the client was documented as being present as a passenger in a vehicle stopped by law enforcement on February 6, 2019, in Spokane. This report was not previously disclosed to the U.S. Probation Office, and at no time did law enforcement or the client advise the U.S. Probation Office of the contact.

According to the police report, the driver of the vehicle, who was initially stopped due to improper lane travel, expired tabs, and having a rear taillight out, immediately became argumentative, although admitted to not having a valid driver's license. The contact was additionally verified by law enforcement to have two outstanding misdemeanor domestic violence warrants for his arrest. Prior to being searched incident to arrest, the contact admitted to law enforcement that he might have some "coke" on his person from last night. A "small plastic baggie" containing a "white powder substance" was located on his person, and was later field tested as being positive for cocaine.

The party was subsequently booked into the Spokane County Jail for possession of a controlled substance, driving while license suspended in the third degree and failing to transfer title within 45 days. The contact was additionally cited for improper lane use, having expired tabs, failing to wear a seatbelt and having no insurance. Mr. Williams failed to advise the undersigned officer of the contact with law enforcement, as required. A records check conducted on the contact as documented herein, revealed that the contact in question is in fact a convicted felon.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 19, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C  
**Re: Williams, Keith L.**  
**March 19, 2019**  
**Page 3**

THE COURT ORDERS

[ ]  No Action  
[ ]  The Issuance of a Warrant  
[ ]  The Issuance of a Summons  
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.  
[ ]  Defendant to appear before the Judge assigned to the case.  
[x]  Defendant to appear before the Magistrate Judge.  
[ ]  Other

_/s/ Rehuna Malouf Peterson_  
Signature of Judicial Officer

3/19/2019  
Date