PROB 12C
(6/16)

Report Date: May 9, 2019

# United States District Court

**for the**

## Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 09, 2019**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Keith L. Williams | Case Number: 0980 2:14CR00022-RMP-1 |
| Address of Offender: | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: October 6, 2015

| | | |
|---|---|---|
| Original Offense: | Distribution of 5 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii), and 18 U.S.C. § 2 | |
| Original Sentence: | Prison - 57 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: August 24, 2018 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: August 23, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/08/2019, 01/24/2019, 02/11/2019, 02/26/2019, 03/05/2019, and 03/19/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| 11 | **Standard Condition #7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |

**Supporting Evidence**: Mr. Williams is alleged to have violated mandatory condition number 2 and standard condition number 7 by being arrested by the Spokane County Sheriff's Office on May 8, 2019, for the following offenses: Possession of a Controlled Substance (Methamphetamine), in violation of R.C.W. 69.50.4013, a Class C felony; Possession of a Controlled Substance (Cocaine), in violation of R.C.W. 69.50.4013, a Class C felony; Attempting to Elude a Police Vehicle, in violation of 46.61.024, a Class C felony; Driving While License Suspended in the 3rd Degree, in violation of 46.20.342, a Gross Misdemeanor; and Reckless Driving, in violation of 46.61.500, a Gross Misdemeanor.

Prob12C
Re: Williams, Keith L.
May 9, 2019
Page 2

On August 24, 2018, Mr. Keith Williams signed his conditions relative to case number 2:14CR00022-RMP-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Williams was made aware by his U.S. probation officer that he was required to refrain from committing any federal, state or local crime, and that he was further restricted from possessing any controlled substance.

Specifically, and according to the police reports and statement of investigating facts documents received by the U.S. Probation Office in Spokane relative to this matter, on May 8, 2019, at approximately 12:09 a.m., a blue Geo Prizm was observed by law enforcement traveling south bound on Monroe Street in Spokane. The vehicle's third brake light was not functional on the vehicle. As the deputy maneuvered to conduct a stop on the vehicle, the vehicle was observed quickly turning and accelerating. A pursuit ensued and during the pursuit, the client was observed by law enforcement disregarding numerous traffic control signs, accelerating up to 70 m.p.h. on North Division and up to 50 m.p.h. in posted 25 m.p.h. residential zones on several occasions, as well as traveling on several occasions in the opposite lanes of travel against the flow of traffic. On numerous occasions the client's vehicle left the road nearly striking personal property, and on several occasions he was able to defeat and evade attempts by law enforcement to stop the vehicle.

Upon further pursuit, the driver ultimately lost control of the vehicle striking the south west curb of an intersection following his failure to negotiate the turn. The vehicle was subsequently pinned in place by law enforcement and the client, who was driving the vehicle, exited the vehicle and attempted to flee on foot. The pursuing deputy exited his vehicle, drew his weapon, and ordered Mr. Williams to the ground at which time he complied. When asked why he had run, Mr. Williams advised he had a federal felony warrant and he "didn't want to go back."

As a part of the contact, the deputy observed in the vehicle on the driver's side floor board, a small "clear plastic baggie" with a "white crystal-like substance" in it, as well as another small piece of plastic tied in a knot with a "white powder" in it, both of which law enforcement suspected as being illegal drugs. Mr. Williams was asked if he did drugs and he indicated he did, stating he had in fact relapsed on cocaine earlier in the day. Consent to search the vehicle was subsequently received from the client as well as the passenger in the vehicle, who law enforcement determined to be the owner of the vehicle. Both identified baggies were collected and an electronic scale was located with a "drug residue" on it.

A field test of the identified white substance showed as being presumptive positive for methamphetamine, and a Department of Licensing check of the client reflected his license was suspended in the third degree. While subsequently being processed into the jail, the arresting officer was advised that deputies had located a small folded up piece of plastic with "white powder" inside of it. When questioned, the client admitted it was in fact cocaine, and upon testing the substance reflected as being presumptive positive for cocaine.

Court records reflect Mr. Williams is currently set to be arraigned relative to these matters on May 22, 2019.

Prob12C
**Re: Williams, Keith L.**
**May 9, 2019**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 9, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

5/9/2019
Date