PROB 12C
(6/16)

Report Date: May 5, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 06, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Keith L. Williams               Case Number: 0980 2:14CR00022-RMP-1

Address of Offender:                              Spokane, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: October 6, 2015

Original Offense:    Distribution of 5 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii), and 18 U.S.C. § 2

Original Sentence:   Prison - 57 Months;          Type of Supervision: Supervised Release
                     TSR - 60 Months

Revocation Sentence: Prison - 9 Months;
(August 5, 2019)     TSR - 60 Months

Asst. U.S. Attorney: Patrick J. Cashman           Date Supervision Commenced: April 3, 2020

Defense Attorney:    Lorinda Youngcourt           Date Supervision Expires: April 2, 2025

### PETITIONING THE COURT

**To issue a SUMMONS**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

                    **Supporting Evidence**: Mr. Williams is alleged to have violated mandatory condition number 3 by ingesting both cocaine and methamphetamine on multiple occasions, to include initially relapsing with respect to both substances on or about April 21, 2020, based on urinalysis testing and the client's admission of such use, and to most recently ingesting both substances on or about April 30, 2020, based on the client's admission of such use.

                    On April 7, 2020, Mr. Keith Williams' conditions relative to 2:14CR00022-RMP-1 were reviewed with him telephonically given the current COVID-19 pandemic. Mr. Williams indicated verbally he understood all conditions as ordered by the Court. Specifically, Mr. Williams was made aware by his U.S. probation officer that he was required to refrain from the use of any illicit substance.

Prob12C
Re: Williams, Keith L.
May 5, 2020
Page 2

Specifically, on April 22, 2020, Mr. Williams submitted to random urinalysis testing with Pioneer Human Services in Spokane as directed and required, the results of which reflected as being presumptive positive for both cocaine and methamphetamine. A drug use denial form was additionally received in which the client signed his name serving to document his denial of ingesting either substance. On April 24, 2020, the undersigned officer was able to make telephonic contact with the client who again adamantly reaffirmed he had not ingested either substance and had not relapsed.

On May 1, 2020, the undersigned officer placed a call to the client's sponsor in an effort to conduct a virtual home contact and learned that while the client was not currently at the residence, the client had advised her that he had relapsed. The undersigned officer was subsequently able to make contact with the client on his sponsor's cell phone which he had in his possession. He ultimately admitted to originally relapsing on or about April 21, 2020, using both cocaine and methamphetamine. Mr. Williams additionally admitted to ingesting both substances collectively on three separate occasions, with his most recent use occurring on April 30, 2020, at which time he described ingesting a number of substances to include cocaine, methamphetamine, and alcohol. Mr. Williams admitted he was not entirely sure about everything he had ingested.

On May 1, and 3, 2020, the client's laboratory confirmation reports were received relative to the client's presumptive positive urinalysis sample as submitted by the client at Pioneer Human Services on April 22, 2020, for both cocaine and methamphetamine respectively, the results of which confirmed the sample as being positive for both substances.

2   **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Williams is alleged to have violated special condition number 4 by failing to attend random urinalysis testing with the contract provider when his assigned color was called on May 4, 2020.

On April 7, 2020, Mr. Keith Williams' conditions relative to 2:14CR00022-RMP-1 were reviewed with him telephonically given the current COVID-19 pandemic. Mr. Williams indicated verbally he understood all conditions as ordered by the Court. Specifically, Mr. Williams was made aware by his U.S. probation officer that he was required to submit to random urinalysis testing with the contract provider when his assigned color was called.

Specifically, on May 5, 2020, the undersigned officer received notification from Pioneer Human Services that the client failed to attend urinalysis testing as required when his assigned color was called on May 4, 2020.

3   **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

Prob12C
Re: Williams, Keith L.
May 5, 2020
Page 3

**Supporting Evidence**: Mr. Williams is alleged to have violated special condition number 5 by ingesting alcohol on or about April 30, 2020, based on the client's admission of such use.

On April 7, 2020, Mr. Keith Williams' conditions relative to 2:14CR00022-RMP-1 were reviewed with him telephonically given the current COVID-19 pandemic. Mr. Williams indicated verbally that he understood all conditions as ordered by the Court. Specifically, Mr. Williams was made aware by his U.S. probation officer that he was required to refrain from the use of alcohol.

Specifically, on May 1, 2020, Mr. Williams was contacted telephonically at which time he admitted to ingesting cocaine, methamphetamine, and alcohol as previously occurring on or about April 30, 2020.

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 5, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

5/6/2020
Date