PROB 12C
(6/16)

Report Date: June 1, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Keith L. Williams | Case Number: 0980 2:14CR00022-RMP-1 |
| Address of Offender: | Washington 99208 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: October 6, 2015

Original Offense:    Distribution of 5 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii), and 18 U.S.C. § 2

| | | |
|---|---|---|
| Original Sentence: | Prison - 57 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Revocation Sentence: (August 5, 2019) | Prison - 9 Months; TSR - 60 Months | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: April 3, 2020 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: April 2, 2025 |

### PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/05/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| | **Supporting Evidence**: Mr. Williams is alleged to have violated mandatory condition number 3 by ingesting methamphetamine, amphetamine, and marijuana on or about May 17, 2020; and by ingesting methamphetamine and amphetamine on or about May 24, 2020, based on laboratory testing, with both tests occurring while the client was engaged in inpatient treatment services with Pioneer Center East in Spokane. |
| | On April 7, 2020, Mr. Keith Williams' conditions relative to 2:14CR00022-RMP-1 were reviewed with him telephonically given the current COVID-19 pandemic. Mr. Williams indicated verbally he understood all conditions as ordered by the Court. Specifically, Mr. Williams was made aware by his U.S. probation officer that he was required to refrain from |

Prob12C
Re: Williams, Keith L.
June 1, 2020
Page 2

the use of any illicit substance.

On May 12, 2020, Mr. Keith Williams entered inpatient treatment services with Pioneer Center East in Spokane, both at his request and in conjunction with the client's current assessed level of care as assigned by his primary treatment provider, largely as a result of the client's violation conduct as previously reported to the Court on the petition dated May 5, 2020.

On May 28, 2020, U.S. probation staff in Spokane received notification from Pioneer Center East staff that the client would be unsuccessfully discharged from services on the day in question for possessing a cell phone while in services and for submitting a positive urinalysis sample during testing. The provider was at the time of the discharge unable to provide the laboratory documentation and advised a formalized discharge summary would be submitted for the undersigned officer's review.

On June 1, 2020, the undersigned officer was able to review the client's discharge summary, as well as two separate lab reports relative to the client's submitted urinalysis samples on May 17 and 24, 2020. According to the reports received, on May 17, 2020, the client submitted a urinalysis sample for testing while engaged in inpatient services that was ultimately confirmed as being positive for methamphetamine, amphetamine, and marijuana. It should be noted, on May 12, 2020, and occurring as a part of the intake process, Mr. Williams submitted to urinalysis testing with the provider in which the sample submitted was negative for all substances tested.

On May 24, 2020, the client submitted a second urinalysis sample for testing in which the sample was confirmed as being positive for methamphetamine, amphetamine, and marijuana, although it should be noted the client's determined levels for marijuana actually went down which would be consistent with the client not ingesting the substance since the client's submitted urinalysis test as previously occurring on May 17, 2020. The client's determined levels of both methamphetamine and amphetamine rose, consistent with the client's new use of the substances.

On June 1, 2020, the client was contacted telephonically with respect to the received discharge summary and lab reports as outlined herein. Mr. Williams denied any use of any illicit substance while engaged in inpatient treatment, stating he could not speak as to the levels reported because he had not used. It should be noted, Mr. Williams did admit to receiving candy through the fence while in the facility and to also possessing a cell phone, stating he had it on his person upon his arrival and simply did not turn it over to staff as required.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT**.

Prob12C
**Re: Williams, Keith L.**
**June 1, 2020**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 1, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

6/1/2020
Date