PROB 12C
(6/16)

Report Date:  July 23, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Keith L. Williams             Case Number: 0980 2:14CR00022-RMP-1

Address of Offender                                          Washington 99208

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: October 6, 2015

Original Offense:        Distribution of 5 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. §§
                         841(a)(1), (b)(1)(B)(viii), and 2

Original Sentence:       Prison - 57 Months;            Type of Supervision: Supervised Release
                         TSR - 60 Months

Revocation Sentence:     Prison - 9 Months;
(August 5, 2019)         TSR - 60 Months

Asst. U.S. Attorney:     Patrick J. Cashman            Date Supervision Commenced: April 3, 2020

Defense Attorney:        Lorinda Meier Youngcourt       Date Supervision Expires: April 2, 2025

---

### PETITIONING THE COURT

To **issue a <u>WARRANT</u>** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/05/2020, and 06/01/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **<u>Standard Condition #3</u>**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer. |

**<u>Supporting Evidence</u>**: On or about July 21, 2020, Mr. Williams is alleged to have violated standard condition number 3 by traveling to Las Vegas, Nevada, an area outside of the Eastern District of Washington, and located in the District of Nevada, without having sought prior approval from the U.S. Probation Office to do so.

On April 7, 2020, Mr. Keith Williams' conditions relative to 2:14CR00022-RMP-1 were reviewed with him telephonically given the current COVID-19 pandemic. Mr. Williams indicated verbally that he understood all conditions as ordered by the Court. Specifically, Mr. Williams was made aware by his U.S. probation officer that he was required to refrain from traveling outside of the Eastern District of Washington without seeking approval from

Prob12C
**Re: Williams, Keith L.**
**July 23, 2020**
**Page 2**

the U.S. Probation Office prior to doing so.

Specifically, on July 21, 2020, the undersigned officer received a voice mail from an Officer with the Las Vegas Metropolitan Police Department in Las Vegas, Nevada. The officer advised of an interaction with the client in their locality and requested a return call from the undersigned officer.

The undersigned officer immediately returned the voice mail and the officer indicated that while on shift in Las Vegas, he and other officers were currently in contact with Mr. Williams, who had been contacted as the rear passenger in a vehicle that was not registered. Mr. Williams initially identified himself as Jerome Cooper with a date of birth of January 13, 1971, and denied having valid identification on his person. Officers were unable to locate a return on the name and Mr. Williams was again questioned about his identity. Mr. Williams then again identified himself as Jerome Cooper, but this time provided a date of birth of January 13, 1979. Officers again attempted to verify the client's submitted name and date of birth, but this time learned that the party in question was in fact deceased.

Mr. Williams was taken out of the vehicle so that officers could properly identify him and again questioned about his identify, with officers advising him that giving false information to officers was a crime and he would be subject to arrest. Mr. Williams then identified himself as Keith Williams with his correct date of birth, further providing officers with his Washington State identification card. Mr. Williams stated he had provided false information to officers due to his current status on probation and knowing that he was not to leave Washington State. Mr. Williams further advised that he was heading back to Washington on July 22, 2020, and he was in Las Vegas to see family.

As a part of the contact, officers advised the undersigned officer that Mr. Williams was not being charged with a crime, and the undersigned officer requested that they direct Mr. Williams to immediately contact the undersigned officer upon the completion of their investigation, to which officers later confirmed they had in fact directed him to do so. Mr. Williams has since not contacted the undersigned officer as directed and his whereabouts are currently unknown.

On July 22, 2020, the undersigned officer received a written report from the contacting officer, serving to document law enforcement's interaction with Mr. Williams in their jurisdiction for the purpose of providing formal notification to the Court. It should be noted that on July 22, 2020, at 3:38 p.m., the undersigned officer did receive a text message from the client's sponsor noting that "vegas" (a known nickname for the client) was on a "bus back here;" however, no additional contact has been received from either the client or his sponsor as of the writing of this report.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT**.

Prob12C
**Re: Williams, Keith L.**
**July 23, 2020**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     July 23, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[  ]     No Action
[ X]    The Issuance of a Warrant
[  ]     The Issuance of a Summons
[  ]     The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]     Defendant to appear before the Judge assigned to the
         case.
[ X]    Defendant to appear before the Magistrate Judge.
[  ]     Other

Signature of Judicial Officer

7/23/2020

Date