PROB 12C
(6/16)

Report Date: February 4, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 05, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Keith L. Williams                Case Number: 0980 2:14CR00022-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: October 6, 2015

| | | |
|---|---|---|
| Original Offense: | Distribution of 5 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii), and 2 | |
| Original Sentence: | Prison - 57 Months; TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (August 5, 2019) | Prison - 9 Months; TSR - 60 Months | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: April 3, 2020 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: April 2, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/05/2020, 06/01/2020, and 07/23/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

6    **Mandatory Condition #1**: You must not commit another federal, state or local crime.

   **Supporting Evidence**: Mr. Keith Williams is alleged to have violated mandatory condition number 1 on or about January 21, 2021, by engaging in conduct constituting the following criminal offenses in the State of Nevada: Attempted Arson 4th degree, in violation of Nevada Revised Statute 205.025, a Class D felony; Battery Constituting Domestic Violence 1st degree, in violation of Nevada Revised Statute 200.485.1a, a misdemeanor; Coercion, in violation of Nevada Revised Statute 207.190.2B, a misdemeanor; and, Petit Larceny, in violation of Nevada Revised Statute 205.240, a misdemeanor.

   On April 7, 2020, Mr. Keith Williams' conditions relative to 2:14CR00022-RMP-1, were reviewed with him telephonically given the current COVID-19 pandemic. Mr. Williams indicated verbally that he understood all conditions as ordered by the Court. Specifically, Mr. Williams was made aware by his U.S. probation officer that he was required to refrain from committing a federal, state or local crime.

Prob12C
Re: Williams, Keith L.
February 4, 2021
Page 2

Specifically, on January 21, 2021, the U.S. Probation Office in Spokane received numerous automated notifications indicating the client's name had been run by the Henderson Police Department located in Nevada. On February 4, 2021, the relative police reports were received and reviewed by the U.S. Probation Office. According to the reports, on January 21, 2021, law enforcement responded to a report of a domestic disturbance involving an attempted arson. The reporting party noted that her boyfriend, later identified as the client, had poured gasoline in the residence and was going to ignite it. The party noted she was calling from the building's office, and noted that her three juvenile children remained in the residence with the client. Upon arrival, law enforcement made contact with the victim who noted the client had poured gasoline on her hands, and remained within the residence actively trying to light the apartment on fire. Law enforcement was able to verify that the victim did appear to have an unknown liquid on her hands.

Officers subsequently attempted to make contact with Mr. Williams at the apartment, but were unsuccessful. Officers then made entry into the residence using a key provided by the victim, and were able to verify the safety of all three children within the residence. A sweep of the residence revealed that Mr. Williams was not present. The officers noted that the residence was in disarray with dirty diapers, food, trash, and clothing littering the floor.

The victim stated that she and the client had become engaged in a verbal argument earlier that morning after the client initially confronted a neighbor about stealing money from him, and then subsequently her. The victim noted that during the argument the client was holding a black liquor bottle with a tissue inserted partially into the bottle, which he subsequently removed and threw at her. The victim advised she believed the bottle contained a flammable liquid.

The victim advised the client then produced a kitchen knife which he held by his side. The victim noted that at the time of the argument she had been sitting on the bed and upon standing up, the client struck her on her right cheek with a closed fist, causing her to fall and land on two of her children. The victim noted that she retaliated by striking the client with a closed fist. The victim noted the client retained the knife but never threatened to use it against her.

The victim noted that after striking the client, the client advised that everyone was "going to die," at which time he began rubbing the walls with a plastic bag that contained a diaper soaked with an unidentified flammable liquid, which the victim believed to be gasoline. The victim then noted the client told her to go get the "old lady outside," apparently referring to a party walking by the residence at the time of the incident. The client then clarified that he instead meant another lady outside of the residence, at which time the victim proceeded to the front office to contact law enforcement, believing that the client was going to light the apartment on fire.

The victim noted she could not contact law enforcement from her cell phone as the client had taken it from her so she could not call law enforcement the night before. A subsequent investigation by law enforcement revealed marks consistent with a physical altercation as being present on the victim, and evidence inside the residence consistent with the client's attempt to light the residence on fire by making an incendiary device and by spreading a flammable liquid around the residence.

Prob12C
Re: Williams, Keith L.
February 4, 2021
Page 3

The report concludes noting the officer would be pursuing a warrant for the client's arrest relative to the client's alleged conduct as outlined herein given their inability to locate the client as of the date of this report.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  February 4, 2021

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition
      with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Rosanna Malouf Peterson* (signature)

Signature of Judicial Officer

2/5/2021

Date