PROB 12C
(6/16)

Report Date: March 30, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 31, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Keith L. WilliamsCase Number: 0980 2:14CR00022-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: October 6, 2015

| | | |
|---|---|---|
| Original Offense: | Distribution of 5 Grams or More of Pure (Actual) Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii), and 2 | |
| Original Sentence: | Prison - 57 Months;<br>TSR - 60 Months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(August 5, 2019) | Prison - 9 Months;<br>TSR - 60 Months | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: April 3, 2020 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: April 2, 2025 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/05/2020, 06/01/2020, 07/23/2020, and 02/04/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition #1**: You must not commit another federal, state, or local crime. |
| 8 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law. |

**Supporting Evidence**: Mr. Keith Williams is alleged to have violated mandatory conditions number 1 and 2 on or about February 6, 2021, by engaging in conduct constituting the following criminal offenses within the State of Nevada: Possession of a Substance Which May Not be Introduced Into Interstate Commerce, in violation of Nevada Revised Statute 454.351, Henderson City Charter Section 2.140, a misdemeanor; Failure to Register or Update Information by Convicted Person, in violation of Nevada Revised Statute 179C.100, 179C.110 and 179C.220, Henderson City Charter Section 2.140, a misdemeanor; and, Resisting a Public Officer in violation of Henderson Municipal Code 8.02.030, a misdemeanor.

Prob12C
Re: Williams, Keith L.
March 30, 2021
Page 2

On April 7, 2020, Mr. Keith Williams' conditions relative to 2:14CR00022-RMP-1, were reviewed with him telephonically given the current COVID-19 pandemic. Mr. Williams indicated verbally that he understood all conditions as ordered by the Court. Specifically, Mr. Williams was made aware by his U.S. probation officer that he was required to refrain from committing a federal, state or local crime and possessing a controlled substance.

Specifically, on February 6, 2021, the U.S. Probation Office in Spokane received numerous automated notifications indicating the client's name had been run by the Henderson Police Department located in Nevada. It should be noted that since learning of the client's arrest within the District of Nevada, numerous inquiries have been lodged with the Henderson Police Department, initially occurring immediately after the alleged offense in question, in an attempt to secure the original police reports; however, as of the date of this report these documents have yet to be received by the U.S. Probation Office.

On March 2, 2021, a formal request was drafted and forwarded to the Henderson Municipal Court, and on March 5, 2021, the criminal complaint, docket sheet, and admonishment of rights were received relative to this matter. The criminal complaint charges three counts of alleged criminal conduct. Count 1 charges possession of a substance which may not be introduced into interstate commerce, and in summary both outlines the burden that must be met to be charged with such conduct, while also citing the client's possession of cocaine, as occurring in the area of 18 East Basic Road. Count 2 charges failure to register or update information by a convicted person, and in summary outlines the burden that must be met to be charged with such conduct, noting in the description the law requires a person required to register to do so within 48 hours of arrival in the city of Henderson. Count 3 charges resisting a public officer, and in summary outlines the burden that must be met to be charged with such conduct, while documenting that the client did unlawfully resist, delay or obstruct a public officer by running from the officer, all which occurred in the area of 301 Taylor Street.

Court records reflect, on February 11, 2021, Mr. Williams presented in Henderson Municipal Court, at which time the client entered a plea of Nolo Contendere. Mr. Williams was subsequently found guilty by the Court and sentenced to serve a 6-day term of custody relative to all three previously charged offenses.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | March 30, 2021 |
|---|---|
| | s/Chris Heinen |
| | Chris Heinen<br>U.S. Probation Officer |

Prob12C
Re: Williams, Keith L.
March 30, 2021
Page 3

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

3/31/2021
Date